# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Eric Fisher & Sarah Vanhorn-Fisher    Case No. 07-
                                      Chapter 7

                                      Judge:

                    Debtor(s)

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKRP2016(b)

The undersigned, pursuant to F.R.Bankr.P.2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

    X **FLAT FEE**
    A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid:   $1,100.00
    B. Prior to filing this statement, received:   $ 1,100.00
    C. The unpaid balance due and payable is:   $ 0
    ☐ **RETAINER**
    A. Amount of retainer received:   _____
    B. The undersigned shall bill against the retainer at an hourly rate of $ _____. Or attach firm hourly rate schedule).  Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ __299.00_____ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case including those which are checked below:

    X A. Analysis of the debtor's financial situation, and rendering advice to determine whether to file petition in bankruptcy;
    X B. Preparation and filing of any petition, schedules, statement of affairs and plan required:
    X C. Representation of the debtor at the meeting of creditors, confirmation hearing, and any adjourned hearings thereof;
    ☐ D. Representation of debtor in adversary proceedings and other contested bankruptcy matters;
    ☐ E. Reaffirmations;
    ☐ F. Redemptions;
    ☐ G. Other: _____

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

    X A. Debtor(s) earnings, wages, compensation for services performed;
    ☐ B. Other: (describe, including identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's lw firm or corporation, any compensation paid or to be paid except as follows:

DATED: 02/26/ 2007

Attorney for the Debtor: /s/ Patrick Greenfelder

Debtor     /s/ Eric Fisher

    /s/ Sarah Vanhorn-Fisher
Debtor