**Official Form 23 (10/06)**

# United States Bankruptcy Court
### Eastern District of Michigan

In re  Eric Fisher & Sarah Vanhorn-Fisher            Case No.  07-20481
                Debtor

Chapter  7

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __ERIC FISHER__ the debtor in the above-styled case, hereby
(Printed Name of Debtor)
certify that on  04/05/2007  (Date), I completed an instructional course in personal financial management provided by  GreenPath  an approved personal financial management
(Name of Provider)
management provider.

    Certificate No. :   01401-MIE-DE-001691527        .

☐ I, _____ the debtor in the above-styled case hereby
(Printed Name of Debtor)
certify that no personal financial management course is required, because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:     /s/ Eric Fisher

Date:  04/09/07

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).)  Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Eric Fisher & Sarah Vanhorn-Fisher  Case No. 07-20481
        Joint Debtor

Chapter 7

**JOINT DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __SARAH VANHORN-FISHER__ the joint debtor in the above-styled case, hereby
    (Printed Name of Joint Debtor)
certify that on 04/09/2007 (Date), I completed an instructional course in personal financial management
provided by GreenPath an approved personal financial management
    (Name of Provider)
management provider.

    Certificate No.: 01401-MIE-DE-001691526 .

☐ I, _____ the joint debtor in the above-styled case hereby
    (Printed Name Joint Debtor)
certify that no personal financial management course is required, because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Joint Debtor: /s/ Sarah Vanhorn-Fisher

Date: 04/09/07

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)