**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In re:  Chapter 7 No. 07-20481
Eric Fisher and
Sarah Vanhorn-Fisher  Hon. Daniel S Opperman
            Debtors.
_____/

## CERTIFICATION THAT NO RESPONSE HAS BEEN RECEIVED TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

Now comes Movant, HSBC Mortgage Corp USA, by and through its attorneys, Trott & Trott, P.C., and states as follows:

1. Movant, HSBC Mortgage Corp USA having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) on or about April 25, 2007;

2. A copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and a copy of the Notice of Motion with regard to the property located at 12004 W Sharon Rd, Oakley, MI 48649-8715, were served upon all interested parties either electronically or by depositing said copies on April 25, 2007 in the U.S. mail;

3. As of May 14, 2007 the Movant has not received an Answer or any written Objection to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3).

            Respectfully Submitted,
            Trott & Trott, P.C.

Dated May 14, 2007

            /S/ Elizabeth Schiff Barash (P62648)
            /S/ Kenneth A. VanNorwick (P61707)
            /S/ Shawn C. Drummond (P58471)
            Attorney for HSBC Mortgage Corp USA
            30400 Telegraph Rd Ste 200
            Bingham Farms, MI 48025-5822
            248.642.2515

TROTT & TROTT, P.C.
30400 TELEGRAPH RD STE 200
BINGHAM FARMS, MI 48025-5822
PHONE 248.642.2515
FACSIMILE 248.642.3628

**TROTT & TROTT, P.C.**
30400 TELEGRAPH RD
STE 200
BINGHAM FARMS, MI
48025-5822
PHONE 248.642.2515
FACSIMILE 248.642.3628