**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

---

In re:  Chapter 7 No.07-20481
Eric Fisher and  Hon. Daniel S Opperman
Sarah Vanhorn-Fisher

      Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

The undersigned states that copies of HSBC Mortgage Corp USA's Order Granting Relief From The Automatic Stay And Waiving The Provision Of FRBP 4001(a)(3) were served upon the following parties, either electronically or by depositing said copies on May 17, 2007 in the U.S. mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| Eric Fisher<br>12004 W Sharon Rd<br>Oakley, MI 48649-8715 | Sarah Vanhorn-Fisher<br>12004 W Sharon Rd<br>Oakley, MI 48649-8715 |
| Patrick J. Greenfelder<br>233 W. Broad St<br>Chesaning, MI 48616 | Daniel C. Himmelspach<br>916 Washington Ave, Ste 305, Davidson Bldg.<br>Bay City, MI 48703-5723 |
| Marion J. Mack<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 | |

                 /S/ Sharon D. Lively-Perry
                 Legal Assistant
                 Trott & Trott, P.C.
                 Attorney for HSBC Mortgage Corp USA

**TROTT & TROTT, P.C.**
30400 TELEGRAPH RD
STE 200
BINGHAM FARMS, MI
48025-5822
PHONE 248.642.2515
FACSIMI